## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
### CRIMINAL DOCKET FOR CASE #: 5:26–mj–00124–DUTY All Defendants

Case title: USA v. McGee

Date Filed: 03/09/2026

Date Terminated: 03/09/2026

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Keynin McGee**<br>*TERMINATED: 03/09/2026* | represented by **Ayah Sarsour**<br>Federal Public Defenders Office<br>Riverside Office<br>3801 University Avenue, Suite 700<br>Riverside, CA 92501<br>951–276–6346<br>Fax: 951–276–6368<br>Email: ayah_sarsour@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **US Attorney's Office**<br>AUSA – Office of US Attorney<br>Criminal Division – US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012–4700<br>213–894–2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2026 | 1 | AFFIDAVIT RE: OUT–OF–DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Keynin McGee, originating in the Eastern District of California. Defendant charged in violation of: 18:1591(a)(1) (a)(2), (b)(1), and (c). Signed by agent Benjamin Beck, FBI, Special Agent. filed by Plaintiff USA. (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Keynin McGee; defendants Year of Birth: 1999; date of arrest: 3/9/2026 (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 3 | Defendant Keynin McGee arrested on warrant issued by the USDC Eastern District of California at Fresno. (Attachments: # 1 Eastern District of California)(ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Keynin McGee. (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Sheri Pym as to Defendant Keynin McGee. Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: Ayah Sarsour for Keynin McGee, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Defendant remanded to the custody of the US Marshal. Court orders defendant held to answer to Eastern District of California. Warrant of Removal and final commitment to issue. Court Smart: 3/9/2026. (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Keynin McGee. (Not for Public View pursuant to the E–Government Act of 2002) (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Keynin McGee. (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 8 | ORDER OF DETENTION by Magistrate Judge Sheri Pym as to Defendant Keynin McGee. (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Sheri Pym as to Defendant Keynin McGee. (ctr) (Entered: 03/11/2026) |
| 03/09/2026 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Sheri Pym that Defendant Keynin McGee be removed to the Eastern District of California. (ctr) (Entered: 03/11/2026) |
| 03/11/2026 |  | Notice to Eastern District of California of a Rule 5 or Rule 32 Initial Appearance as to Defendant Keynin McGee. Your case number is: 1:26–mj–00021 SAB. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text–only entries via the case number link. The following document link(s) is also provided: 9 Waiver of Rights (Out–of–District)(M–14), 4 Notice of Request for Detention, 8 Order of Detention, 10 Warrant of Removal and Commitment to Another District, 5 Initial Appearance – Arrest on Out of District Warrant – Rule 5(c)(3) (fka Rule 40),, 7 Advisement of Defendant's Statutory & Constitutional Rights (CR–10). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs–RS@cacd.uscourts.gov (ctr) (Entered: 03/11/2026) |

Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

**PLAINTIFF(S)**

v.

Keynin McGee

**DEFENDANT(S).**

**CASE NUMBER:**

5:26-mj-00124

**FINAL COMMITMENT AND WARRANT OF REMOVAL**

_____Eastern_____ District of _____California_____

At _____Fresno_____
*(City)*

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☐ Indictment          ☐ Information          ☑ Complaint          ☐ Order of court

☐ Pretrial Release    ☐ Probation           ☐ Supervised Release  ☐ Violation Notice
  Violation Petition    Violation Petition      Violation Petition

charging him or her with   (brief description of offense) knowingly, in or affecting interstate and foreign commerce, recruit, entice harbor, transport, provide, obtain, and maintain by any means, a person:

☑ in violation of Title 18 _____ United States Code, Section (s) 1591(a)(1) (a)(2), (b)(1), and (c), _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on 03/09/2026 _____.
☐ duly waived preliminary hearing before me on _____.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☑ No bail has been set.
  ☑ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

3/9/2026 _____
Date

Sheri Pym /s/ _____
United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____          _____
Date                                Deputy

M-15 (01/09)          **FINAL COMMITMENT AND WARRANT OF REMOVAL**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | CASE NUMBER: 5:26-mj-00124 |
| v. Keynin McGee **DEFENDANT.** | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the **Eastern** District of **California** alleging violation of **18 USC 1591(a)(1)** and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)    have an identity hearing to determine whether I am the person named in the charges;

(2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐    have an identity hearing
☒    arrival of process
☐    have a preliminary hearing
☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☒    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: **3/9/26**

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____    _____
Interpreter(if required)

M-14 (09/09)                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No.: 5:26-mj-124
                           )
              Plaintiff,   )
                           )   ORDER OF PRETRIAL
         v.                )   DETENTION
                           )   (18 U.S.C. §§ 3142(e), (i))
Keynin McGee,              )
                           )
                           )
              Defendant.   )
_____)

                              I.

A.    (X)    On motion of the Government in a case that involves:

      1.    ( )    a crime of violence, a violation of 18 U.S.C. § 1591, or an
                   offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a
                   maximum term of imprisonment of ten years or more is
                   prescribed.

      2.    ( )    an offense for which the maximum sentence is life
                   imprisonment or death.

      3.    ( )    an offense for which a maximum term of imprisonment of ten
                   years or more is prescribed in the Controlled Substances Act,
                   the Controlled Substances Import and Export Act, or the
                   Maritime Drug Law Enforcement Act.

                              1

4.    ( )    any felony if defendant has been convicted of two or more offenses described above, two or more state or local offenses that would have been offenses described above if a circumstance giving rise to federal jurisdiction had existed, or a combination of such offenses..

5.    (X)    any felony that is not otherwise a crime of violence that involves a minor victim, or that involves possession or use of a firearm or destructive device or any other dangerous weapon, or that involves a failure to register under 18 U.S.C § 2250.

B.    On motion (X) by the Government / ( ) of the Court *sua sponte* in a case that involves:

1.    (X)    a serious risk defendant will flee.

2.    ( )    a serious risk defendant will:

   a.    ( )    obstruct or attempt to obstruct justice.

   b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government (X) is / ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

## II.

The Court finds that no condition or combination of conditions will reasonably assure:

A.    (X)    the appearance of defendant as required.

B.    (X)    the safety of any person or the community.

2

III.

The Court has considered:

A.    the nature and circumstances of the offense(s) charged;

B.    the weight of the evidence against defendant;

C.    the history and characteristics of defendant; and

D.    the nature and seriousness of the danger to any person or the community that would be posed by defendant's release.

IV.

The Court has considered all the evidence proffered and presented at the hearing, the arguments and/or statements of counsel, and the Pretrial Services Report and recommendation.

V.

The Court concludes:

A.    (X)    Defendant poses a serious flight risk based on:

        (X)    information in Pretrial Services Report and Recommendation

        (X)    other: _____complaint_____

_____

_____

B.    (X)    Defendant poses a risk to the safety of other persons and the community based on:

        (X)    information in Pretrial Services Report and Recommendation

        (X)    other: _____Complaint_____

_____

_____

C.    ( )    A serious risk exists that defendant will:

    1.    ( ) obstruct or attempt to obstruct justice,

    2.    ( ) threaten, injure, or intimidate a witness/juror, or attempt to do so,

3

based on: _____

_____

_____

_____

D.  (X)  Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

E.  (X)  Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

### VI.

A.  IT IS THEREFORE ORDERED that defendant be detained prior to trial.

B.  IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: March 9, 2026

_____
SHERI PYM
United States Magistrate Judge

4



CLERK, U.S. DISTRICT COURT

MAR – 9 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff, | $5:26-mj-00124$ |
| v. | |
| Keynin McGee Defendant. | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

## IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

## IF YOU ARE CHARGED WITH A VIOLATION OF
## YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

---

CR-10 (06/18)    ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS    PAGE 1 OF 2

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: X 3-9-24                    X _____
                                              *Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____          _____
                                              *Signature of Defendant*

---

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____          _____
                                              *Signature of Interpreter*

                                _____
                                              *Print Name of Interpreter*

---

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: 3/9/26                    _____
                                              *Signature of Attorney*

CR-10 (06/18)        ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS        PAGE 2 OF 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | ☐ LA ☑ RS ☐ SA    DATE FILED: 3/9/2026 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER: 5:26-mj-00124    ☐ Under Seal |
| | | INIT. APP. DATE: 3/9/2026    TIME: 2:00 PM |
| v. | | CHARGING DOC: Out of District Affidavit |
| Keynin McGee | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | DEFENDANT. | VIOLATION: 181591(a)(1) (a)(2), (b)(1), and (c), |
| | | COURTSMART/REPORTER: CS-RS-4 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE   Sheri Pym | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:   Kimberly Carter                 _Benjamin Weir_                    _____
                    *Deputy Clerk*                *Assistant U.S. Attorney*              *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; <u>see</u> General Order 21-02 (written order).

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☒ removal hearing / Rule 20.

☒ Defendant states true name ☒ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☒ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Ayah Sarsour                         ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution

☐ Ordered (see separate order) ☐ Special appearance by: _____ ☐ CJA 1-Day Provisional Appt_____

☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☒ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED

☐ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at ____ . ____ in Riverside

☐ Post-Indictment Arraignment set for: _____ at _____ in Riverside

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED    ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED    ☐ DENIED

☒ Defendant executed Waiver of Rights.   ☐ Process received.

☒ Court ORDERS defendant Held to Answer to _Eastern_ District of _California_

  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

  ☒ Warrant of removal and final commitment to issue.  Date issued: _3-9-2026_ By CRD: _KC_

  ☐ Warrant of removal and final commitment are ordered stayed until _____ .

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release <u>Order No.</u> _____ ).

☐ Other: _____

***RECEIVED:*** ☒ PSA ☐ PROBATION ☒ FINANCIAL ☒ CR-10    ☒ READY    Deputy Clerk Initials _KC_
                                                                                          : _13 minute_

M-5 (11/25)                    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE                    Page 1 of 1

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Branch Office
BENJAMIN J. WEIR (Cal. Bar No. 312418)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone:  (951) 276-6228
    Facsimile:  (951) 276-6202
    Email:      Benjamin.Weir@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

03/09/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:26-mj-00124 |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| KEYNIN MCGEE, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    1.  Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

        a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

1

_____ b. defendant is an alien not lawfully admitted for permanent residence; and

_____ c. defendant may flee; or

_____ d. pose a danger to another or the community.

x 2. Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

x a. the appearance of the defendant as required;

x b. safety of any other person and the community.

3. Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

_____ a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

_____ b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

4. Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

_____ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

_____ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

2

x____    c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____    d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

x____    5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

____    a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

____    b. an offense for which maximum sentence is life imprisonment or death;

____    c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

3

_____ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

x_____ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

x_____ f. serious risk defendant will flee;

_____ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

_____ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//

//

//

4

_____    7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____


Dated: March 9, 2026          Respectfully submitted,

                              TODD BLANCHE
                              Deputy Attorney General

                              BILAL A. ESSAYLI
                              First Assistant United States Attorney

                              ALEXANDER B. SCHWAB
                              Assistant United States Attorney
                              Acting Chief, Criminal Division

                              PETER DAHLQUIST
                              Assistant United States Attorney
                              Chief, Riverside Branch Office


                              _____/s/_____
                              BENJAMIN J. WEIR
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

5

FILED
CLERK, U.S. DISTRICT COURT

**03/09/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER |
| PLAINTIFF(S) | 5:26-mj-00124 |
| v. | 1:26-mj-00021 SAB |
| Keynin McGee | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: United States District Court

in the Eastern _____ District of California _____ on 03/04/2026 _____

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about January 2021 _____

in violation of Title 18 _____ U.S.C., Section(s) 1591(a)(1) (a)(2), (b)(1), and (c

to wit: knowingly, in or affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain.

A warrant for defendant's arrest was issued by: Stanley A. Boone _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: _____

Relevant document(s) on hand (attach): Arrest Warrant, Complaint

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____03/09/2026____
Date

_____
Signature of Agent

Benjamin Beck
_____
Print Name of Agent

FBI
_____
Agency

Special Agent
_____
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

<table>
<tr><td>**FILED**<br>CLERK, U.S. DISTRICT COURT</td></tr>
<tr><td>**03/09/2026**</td></tr>
<tr><td>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___AP___ DEPUTY</td></tr>
</table>

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Keynin McGee

USMS# _____

PLAINTIFF

CASE NUMBER:
1:26-mj-00021 SAB       5:26-mj-00124

**REPORT COMMENCING CRIMINAL ACTION**

DEFENDANT

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on __3/9/26__ at __0730__ ☑ AM ☐ PM
    or
    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4.  Charges under which defendant has been booked:
    18 USC 1591(a)(1), (b)(1), and (c)

5.  Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6.  Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7.  Year of Birth: __1999__

8.  Defendant has retained counsel:   ☑ No
    ☐ Yes   Name: _____   Phone Number: _____

9.  Name of Pretrial Services Officer notified: _Riverside_

10. Remarks (if any): _____

11. Name: __Ben Beck__ (please print)

12. Office Phone Number: __310 422 3249__        13. Agency: __FBI__

14. Signature: _____        15. Date: __3/9/26__

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION